**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 MASTR ASSET-BACKED SECURITIES TRUST 2007-HE1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HE1 | CASE NUMBER:1:12-cv-8745 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| SAFA ALRUB, FOUNTAIN HILLS HOMEOWNERS ASSOCIATION, AN ILLINOIS NOT-FOR-PROFIT CORPORATION, | MAGISTRATE JUDGE: Michael T. Mason |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

＿＿/s/ Julia M. Bochnowski＿＿＿＿＿＿
One of Plaintiff's Attorneys

Julia M. Bochnowski
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313